IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 16-CR-40013-JPG |
| | ) | |
| RENEE D. STRAUSS | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter comes before the Court on a Motion to Authorize Self-Surrender at a Local Facility (Doc. # 31).   It appears to the Court that the Motion is reasonable and proper and should be approved.   Therefore, the Court **GRANTS** the motion and **ORDERS** that the Defendant, Renee D. Strauss, is authorized to self-surrender by noon on October 11, 2016, to the Williamson County Jail, a local facility approved by the U.S. Marshal's Service to begin service of the sentence imposed on August 30, 2016.

IT IS SO ORDERED.

DATED: October 4, 2016.

*s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE